IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ERIC DOWLING, | : | |
|---|---|---|
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-5723 |
| MRS. LAMAS, et al., | : | |
| Respondents. | : | |

# ORDER

**AND NOW**, this ___22nd___ day of May, 2019, upon careful and independent consideration of Petitioner's Petition for Writ of Habeas (Doc. 1), Respondents' Response thereto (Doc. 7), Magistrate Judge Carol Sandra Moore Wells' Report and Recommendation ("Report and Recommendation") (Doc. 9), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED** and **DENIED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural and substantive disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**